```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

JANE DOE,

    Plaintiff,

v.     Case No: 2:25-cv-69-JES-NPM

INFLECTION RISK SOLUTIONS, LLC,

    Defendant.

_____

**ORDER**

This matter comes before the Court on review of plaintiff's Notice of Settlement as to Defendant (Doc. #17) filed on March 21, 2025, indicating a settlement of the case. The case is currently stayed for arbitration to commence by March 31, 2025. (Doc. #16.) The parties ask that all deadlines be vacated due to the settlement. The Court will retain jurisdiction for the next 45 days only pending finalization of the settlement and the stay will be lifted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the stay is lifted and the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **FORTY-FIVE (45) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that

**FORTY-FIVE (45) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of March 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Counsel of Record